35 So.2d 920

Clarence GUTHRIE v. STATE.

6 Div. 590.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

33 So.2d 277

L. A. GUTHRIE v. STATE.

6 Div. 458.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

33 So.2d 277

L. A. GUTHRIE v. STATE.

6 Div. 459.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

35 So.2d 920

Bill HALL v. STATE.

6 Div. 542.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 897

James (alias Bud) HALL v. STATE.

4 Div. 948.

Court of Appeals of Alabama.
Nov. 12, 1946.

John C. Walters, of Troy, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 33

Marchel HALL v. STATE.

6 Div. 509.

Court of Appeals of Alabama.
Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.